**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re NeuroGrafix ('360) Patent Litigation | MDL No. 1:13-md-2432-RGS<br>This Document Relates to:<br>1:15-cv-10323-RGS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, YORK HOSPITAL AND WELLSPAN MEDICAL GROUP**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants York Hospital and WellSpan Medical Group state the following:

1. York Hospital is a Pennsylvania Non-Profit, Non-Stock Corporation. Its sole member is WellSpan Health.

2. WellSpan Medical Group is a Pennsylvania Non-Profit, Non-Stock Corporation. Its sole member is WellSpan Health.

3. WellSpan Health is a Pennsylvania Non-Profit, Non-Stock Corporation. It does not have any members.

Dated: June 22, 2015

Respectfully submitted,

*/s/ Melissa Nott Davis*

Melissa Nott Davis (BBO #654546)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
Telephone: 617-535-4000
Facsimile: 617-535-3800
mndavis@mwe.com

Joseph H. Paquin, Jr. (*pro hac vice* pending)
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Phone: (312) 372-2000
Fax: (312) 984-7700
jpaquin@mwe.com

*Attorneys for York Hospital and WellSpan Medical Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2015 this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Melissa Nott Davis*
Melissa Nott Davis